UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERSKIN JOSEPH HARPER,
    Plaintiff,

vs.                                        Case No.: 3:20cv5858/LAC/EMT

OKALOOSA COUNTY BOARD OF
COMMISSIONERS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a former inmate of the Okaloosa County Jail (Jail) proceeding pro se and in forma pauperis, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF Nos. 1, 5). On May 26, 2021, the undersigned entered an order pointing out deficiencies in Plaintiff's complaint and directing Plaintiff to file an amended complaint within thirty days (ECF No. 7). The copy of the order sent to Plaintiff was returned as undeliverable on June 21, 2021 (*see* ECF No. 8). The clerk of court reviewed the Jail's website and discovered Plaintiff had been released on May 20, 2021 (*see id.*; *see also* http://www3.co.okaloosa.fl.us/ArchonixXJailPublic/DetailPages/InmateDetails.apx?ReferenceID=105046&InmateID=168798). The clerk thus sent a copy of the order of May 26 to Plaintiff at the address indicated on the Jail's website as Plaintiff's address

upon release; the court also reset the deadline for Plaintiff to file an amended complaint to July 21, 2021 (*see* ECF No. 8). Plaintiff did not file an amended complaint within that time.

On July 30, 2021, the undersigned entered an order directing Plaintiff to show cause within thirty days why the case should not be dismissed due to Plaintiff's failure to provide the court with a current address (ECF No. 9). The undersigned advised that should Plaintiff fail to respond within the time allowed, the undersigned would recommend, without further notice, that the case be dismissed. The order was returned to the court as undeliverable with a notation "RETURN TO SENDER, UNABLE TO FORWARD" (*see* ECF No. 10). Because the court is unable to reach Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 2nd day of September 2021.

>                */s/ Elizabeth M. Timothy*
>                **ELIZABETH M. TIMOTHY**
>                **CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:20cv5858/LAC/EMT

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.