UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERSKIN JOSEPH HARPER,
    Plaintiff,

vs.                                  Case No.: 3:20cv5858/LAC/EMT

OKALOOSA COUNTY BOARD OF
COMMISSIONERS, et al.,
    Defendants.
_____/

### ORDER

    The chief magistrate judge issued a Report and Recommendation on September 2, 2021 (ECF No. 11). Efforts have been made to furnish the parties a copy of the Report and Recommendation and afford them an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail addressed to the Plaintiff has been returned as undeliverable. No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

3.  The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 23rd day of December, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**